COMPLAINT BY A PRISONER UNDER CIVIL RIGHTS ACT. 42 U.S.C 1983

NAME __WEAVER__ __WILLIE__ ____
      (LAST)      (FIRST)   (INITIAL)

PRISONER NUMBER __T-91389__

INSTITUTIONAL ADDRESS __PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.__

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
(ENTER THE FULL NAME OF PLAINTIFF IN THIS ACTION)

FIRST WATCH WARDEN, ASSIST WARDEN, CAPTAIN, LIEUTENANT, SERGEANT, CORRECTIONAL OFFICER, INMATES ON 05/19/08
(ENTER THE FULL NAME OF DEFENDANT(S) IN THIS ACTION)

CASE NO. _____
(TO BE PROVIDED BY THE CLERK OF COURT)

COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C 1983

(ALL QUESTIONS ON THIS COMPLAINT FORM MUST BE ANSWERED IN ORDER FOR YOUR ACTION TO PROCEED...)

1. EXHAUSTION OF ADMINISTRATIVE REMEDIES NOTE: YOU MUST EXHAUST YOUR ADMINISTRATIVE REMEDIES BEFORE CLAIM CAN GO FORWARD, THE COURT WILL DISSMISS ANY UNEXHAUSTED CLAIMS)

A. PLACE OF PRESENT CONFINEMENT P.S.U
B. IS THERE A GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓) NO ( )
C. DID YOU PRESENT THE FACTS IN YOUR COMPLAINT FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE? YES (✓) NO ( )
D. IF YOUR ANSWER IS YES, LIST THE APPEAL NUMBER AND THE DATE AND RESULT OF THE COMPLAINT

-1-

APPEAL AT EACH LEVEL OF REVIEW, IF YOU did NOT PURSUE A CERTAIN LEVEL OF APPEAL EXPLAIN WHY.

1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL _____
3. SECOND FORMAL LEVEL _____

E. IS THE LAST LEVEL TO WHICH YOU APPEALED THE HIGHEST LEVEL OF APPEAL AVAILABLE TO YOU?
YES ( )   NO (✓)

F. IF YOU did NOT PRESENT YOUR CLAIM FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE, EXPLAIN WHY. ___STILL BEING PROCESSED___

II. PARTIES
A. WRITE YOUR NAME AND YOUR PRESENT ADDRESS. DO THE SAME FOR ADDITIONAL PLAINTIFF, IF ANY. ___WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.___

B. WRITE THE FULL NAME OF EACH DEFENDANT, HIS OR HER OFFICIAL POSITION, AND HIS OR HER PLACE OF EMPLOYMENT. ___PELICAN BAY STATE PRISON FIRST WATCH WARDEN, CAPTAIN, LIEUTENANT, SERGEANT, CORRECTIONAL OFFICERS, INMATES CELL 209, 110, 211, 111, ON 05/19/08___

COMPLAINT         - 2 -

STATEMENT OF CLAIM
STATE HERE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. BE SURE TO DESCRIBE HOW EACH DEFENDANT IS INVOLVED AND HOW TO INCLUDE DATES. WHEN POSSIBLE DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. IF YOU HAVE MORE THAN ONE CLAIM, EACH CLAIM SHOULD BE SET FORTH IN A SEPARATE NUMBERED PARAGRAPH.

ON 05/19/08 DEFENDANT(S) INMATE IN CELL 209, 110, 211, 111 CONTINUE USEING SLEEP DEPRIVATION ON PLAINTIFF, HERE ARE WITTNESSES HAVEING THE SAME PROBLEMS, WILLOCK, CARLOS LUTS, MONTELLO, JOHN RABE D-58062
DEFENDANT(S) SHOWED DELIBERATE INDIFERENCE UNDER THE EIGHT AMENDMENT THAT CONSTITUE CRUEL UNUSUAL PUNISHMENT.

IV. RELIEF
YOUR COMPLAINT CANNOT GO FORWARD UNLESS YOU REQUEST SPECIFIC RELIEF. STATE BRIEFLY EXACTLY WHAT YOU WANT ARE THE COURT TO DO FOR YOU MAKE NO LEGAL ARGUMENTS. CITE NO CASES OR STATUTES.

LIABILITY DAMAGES: 50,000 FIFTY THOUSAND DOLLARS DUE TO: HARRASSMENT, CONSPIRACY U.S. CONSTITUTION
PUNITIVE DAMAGES: 50,000 FIFTY THOUSAND DOLLARS DUE TO: MENTAL ANGUIS
I DECLARE UNDER PENALTY OF PERJUR THAT THE FORGOING IS TRUE AND CORRECT
SIGNED THIS 05 DAY OF 19 20 08
COMPLAINT
- 3 -

WILLIE WEAVER
J-91389  B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY CA. 95531

CONFIDENTIAL
LEGAL MAIL

